# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2018

156900

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

ALEXANDER JEREMY STEANHOUSE,
    Defendant-Appellee.

SC: 156900
COA: 318329
Wayne CC: 11-011939-FC

_____/

On order of the Court, the application for leave to appeal the December 5, 2017 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Dixon-Bey* (Docket No. 156746) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

WILDER, J., did not participate because he was on the Court of Appeals panel at an earlier stage of the proceedings.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2018



Clerk

p0501